SIMON BENJAMIN v. JACOB KLEIN. JACOB KLEIN v. SIMON BENJAMIN.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant

procure the appellant's points to be filed on or before May 23, 1930, with notice of argument for June 10, 1930, and that the appeal be argued or submitted on that day. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.